1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  PAMELA RATNER SOBECK
   Supervising Deputy Attorney General
5  CHRISTOPHER P. BEESLEY,
     State Bar No. 236193
6  Deputy Attorney General
     110 West A Street, Suite 1100
7    San Diego, CA 92101
     P.O. Box 85266
8    San Diego, CA 92186-5266
     Telephone: (619) 645-2567
9    Fax: (619) 645-2581
     Email: Christopher.Beesley@doj.ca.gov
10
   Attorneys for Respondent
11

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. GRIMES,<br><br>                    Petitioner,<br><br>       v.<br><br>MATTHEW CATE,<br><br>                    Respondent. | Civil No. 08-0854 J (CAB)<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Christopher P. Beesley declares:

I am the Deputy Attorney General assigned to prepare the Answer in this matter which is due on July 21, 2008. I request the time to file the Answer be enlarged by thirty (30) days through August 20, 2008, for the following reasons:

I generally work on cases in the order they are assigned to me. This Court ordered a response to the Petition on May 15, 2008. Since this court issued its order, I have completed and filed the Respondent's Briefs for the direct appeals in *People v. Robles, et al.* (D051344), *People v. Blevins* (D051722), *People v. Garcia* (D051909), and *People v. Veloz* (D052189). I have also filed Answers in *Rivera v. Hedgpeth* (EDCV 08-0491 ODW (AJW)) and *Garnica v. Martel* (EDCV

1 | 08-0560 JSL (JTL)). Additionally, I have orally argued *People v. Brown* (E041326), *People v.*
2 | *Spurlock* (E042459), and *People v. Dye* (D049932) in the California Courts of Appeal.
3 |     Granting an enlargement of time will permit me to properly review the record from the
4 | direct appeal in this matter and cogently respond to petitioner's claims so that the Answer may be
5 | helpful to this Court. An enlargement of time will also provide adequate time for proper review,
6 | formatting, and processing.
7 |     I declare under penalty of perjury under the laws of the United States of America that the
8 | foregoing is true and correct.
9 |     DATED: July 17, 2008, at San Diego, California.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

PAMELA RATNER SOBECK
Supervising Deputy Attorney General

/s/ Christopher P. Bessley

CHRISTOPHER P. BEESLEY
Deputy Attorney General
Attorneys for Respondent

CPB/scb
70130694.wpd
SD2008700453

Civil No. 08-0854 J (CAB)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Grimes v. Tilton**

No.:         **08-0854 J (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 17, 2008</u>, I served the attached **MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

DENNIS J. GRIMES
CDC # V90377
TALLAHATCHIE COUNTY
CORRECTIONAL FACILITY
415 U.S. HWY 49 NORTH
TUTWILER, MS 38963

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 17, 2008, at San Diego, California.

| S.Banks | _[signature]_ |
|---|---|
| Declarant | Signature |

70130707.wpd