# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. GRIMES,<br><br>   Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Warden,<br><br>   Respondent. | Civil No.   08-0854 J (CAB)<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br>**[Doc. No. 5]** |

The Court hereby GRANTS Respondent's motion for enlargement of time to file the answer to the petition for writ of habeas corpusr. [Doc. No. 5.] Accordingly, the deadline for Respondent to file his Answer is extended from July 21, 2008 to **September 2, 2008**. Petitioner may file a traverse on or before **October 2, 2008**.

**IT IS SO ORDERED.**

DATED: July 18, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge