EDMUND G. BROWN JR.
Attorney General of the State of California
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General
ANTHONY DA SILVA
Deputy Attorney General
CHRISTOPHER P. BEESLEY, State Bar No. 236193
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2567
 Fax: (619) 645-2581
 Email: Christopher.Beesley@doj.ca.gov

Attorneys for Respondent General Fund - Legal/Case Work

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dennis J. Grimes,**<br><br>  Petitioner,<br><br>   v.<br><br>**Matthew Cate,**<br><br>  Respondent. | 08-0854 J (CAB)<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: The Honorable Cathy Ann Bencivengo |

Respondent, Matthew Cate, Director of the California Department of Corrections and Rehabilitation, respectfully submits this Answer to the Petition for Writ of Habeas Corpus pursuant to this Court's Order and in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court.

Respondent denies all allegations contained in the Petition that Petitioner's custody is unlawful and hereby asserts:

I.

Petitioner is lawfully in Respondent's custody, serving a sentence of 17 years and four months in prison after a jury, in San Diego County Superior Court case number SCD189996,

1  convicted him of false imprisonment, rape, aggravated battery, rape by a foreign object, and
2  attempting to dissuade a witness from reporting a crime.

## II.

The Petition for Writ of Habeas Corpus is subject to the provisions of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2254(d). To warrant relief, Petitioner must show that the state court's adjudication on the merits of his claims resulted in a decision that was "contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States" or was "based on an unreasonable determination of facts in light of the evidence presented." 28 U.S.C. § 2254(d).

## III.

The Petition is timely. 28 U.S.C. § 2244(d)(1).

## IV.

Petitioner asserts four grounds for relief. He claims 1) the trial court's advisement, under *Faretta v. California*, 422 U.S. 806, 95 S. Ct. 2525, 45 L. Ed. 2d 562 (1975), was deficient for failing to fully apprize him of the dangers of self-representation; 2) his right to effectively represent himself was abrogated when the trial court revoked his jailhouse telephone privileges; 3) appellate counsel was ineffective for failing to raise the jailhouse telephone privileges issue on direct appeal; and 4) the upper term sentence violated *Cunningham v. California*, 549 U.S. 270, 127 S. Ct. 856, 166 L. Ed. 2d 856 (2007). None of Petitioner's claims entitle him to relief and this Court should deny the petition in full.

## V.

The state courts made numerous express and implied factual findings. The presumption of correctness mandated by 28 U.S.C. § 2254(e)(1) applies to these factual findings. Petitioner does not challenge the state court's factual findings and has not presented clear and convincing evidence calling these findings into question.

## VI.

Petitioner is not entitled to an evidentiary hearing to resolve his claims. 28 U.S.C. § 2254(e)(2).

## VII.

The relevant facts and procedural history set forth in the accompanying Memorandum of Points and Authorities are incorporated herein by this reference. Except as expressly admitted herein or in the Memorandum of Points and Authorities, Respondent denies that Petitioner's confinement is in any way improper, that any condition of his confinement is illegal, or that any of his constitutional rights have been or are being violated in any way.

Wherefore, Respondent respectfully requests that the Petition for Writ of Habeas Corpus be denied with prejudice, that any request for an evidentiary hearing be denied, and that any request for a certificate of appealability be denied.

Dated: August 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General
ANTHONY DA SILVA
Deputy Attorney General

/s/ **CHRISTOPHER P. BEESLEY**

CHRISTOPHER P. BEESLEY
Deputy Attorney General
Attorneys for Respondent

SD2008700453
70134681.wpd

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Grimes v. Tilton**

No.:   **08-0854 J (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 28, 2008, I served the attached **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Dennis J. Grimes
CDC # V90377
Tallahatchie County
Correctional Facility
415 U.S. Hwy. 49 North
Tutwiler, MS 38963

*In pro per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 28, 2008, at San Diego, California.

|  |  |
|---|---|
| B. Trigueros | B. Trigueros |
| Declarant | Signature |

70134718.wpd