EDMUND G. BROWN JR.
Attorney General of the State of California
GARY W. SCHONS
Senior Assistant Attorney General
PAMELA RATNER SOBECK
Supervising Deputy Attorney General
ANTHONY DA SILVA
Deputy Attorney General
CHRISTOPHER P. BEESLEY, State Bar No. 236193
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2567
 Fax: (619) 645-2581
 Email: Christopher.Beesley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dennis J. Grimes,**<br>　　　　　　　　　　　Petitioner,<br>　　v.<br>**Matthew Cate,**<br>　　　　　　　　　　　Respondent. | 08-0854 J (CAB)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. SECTION 2254 HABEAS CORPUS CASE**<br><br>Judge:　The Honorable Cathy Ann Bencivengo |

Respondent hereby lodges with the Court for consideration with these proceedings a copy of the following document from the proceedings in People v. Dennis J. Grimes, Superior Court case number HC18258:

　　1) Clerk's Transcript in case No. D047240;

　　2) Reporter's Transcript in case No. D047240;

　　3) Appellant's Opening Brief, filed on April 12, 2006, in case No. D047240;

　　4) Respondent's Brief, filed on June 8, 2006, in case No. D47240;

　　5) Opinion from the Fourth District Court of Appeal, Division One, filed on October 24, 2006, in case No. D047240;

///

6) Petition for Review in the California Supreme Court, filed November 28, 2006, in case No. S148243;

7) California Supreme Court Order denying review, filed January 3, 2007, in case No. S148243;

8) First Petition for Writ of Habeas Corpus, filed August 9, 2005, in San Diego County Superior Court Case No. HC18258

9) Superior Court denial of First Habeas Petition, filed October 3, 2005, in Case No. HC18258

10) Fourth District Court of Appeal, Division One, denial of Habeas Petition, filed October 24, 2006, in Case No. D048501

11) Petition for Writ of Habeas Corpus, filed February 23, 2007, in California Supreme Court Case No. S150461

12) California Supreme Court denial of Habeas Petition, filed July 18, 2007, in Case No. S150461

13) Second Petition for Writ of Habeas Corpus, filed June 29, 2007, in San Diego County Superior Court Case No. HC18258

14) Superior Court denial of Second Habeas Petition, filed August 24, 2007, in Case No. HC18258

15) Petition for Writ of Habeas Corpus, filed September 28, 2007, in Fourth District Court of Appeal, Division One, Case No. D051713

16) Fourth District Court of Appeal, Division One, denial of State Habeas Petition, filed January 24, 2008, in Case No. D051713

17) State Petition for Writ of Habeas Corpus, filed February 4, 2008, in California Supreme Court Case No. S160568

18) California Supreme Court denial of State Habeas Petition, filed March 12, 2008, in Case No. S160568

19) Third Petition for Writ of Habeas Corpus, filed January 11, 2008, in San Diego County Superior Court Case No. HC18258

20) Superior Court denial of Third Habeas Petition, filed February 22, 2008, in Case No. HC18258.

1  Because these lodged documents are copies, Respondent does not request that they be
2  returned.

3  Dated: August 28, 2008

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
   Attorney General of the State of California
7  GARY W. SCHONS
   Senior Assistant Attorney General
8  PAMELA RATNER SOBECK
   Supervising Deputy Attorney General
9  ANTHONY DASILVA
   Deputy Attorney General

10 **/s/ CHRISTOPHER P. BEESLEY**

11 CHRISTOPHER P. BEESLEY
   Deputy Attorney General
12 Attorneys for Respondent

70134834.wpd
SD2008700453

08-0854 J (CAB)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Grimes v. Tilton**

No.:   **08-0854 J (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 28, 2008, I served the attached **NOTICE OF LODGMENTS**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Dennis J. Grimes
CDC # V90377
Tallahatchie County
Correctional Facility
415 U.S. Hwy. 49 North
Tutwiler, MS 38963

*In pro per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 28, 2008, at San Diego, California.

B. Trigueros
Declarant

Signature

70134865.wpd